CROWN TOY MFG. CORPORATION et al. v. PHILLIPS H. LORD, Inc., et al.

United States District Court
S. D. New York.
Nov. 10, 1948.

Harry Price, of New York City, for plaintiffs.

Wilson, Frutkin & Waldie, of New York City, for defendant Phillips H. Lord, Inc.

KAUFMAN, District Judge.

This is an action brought under the provisions of 28 U.S.C.A. § 2201 to declare invalid certain registered trade-marks bearing the name "Gangbusters." The jurisdiction of this Court was founded on the fact that this was an action arising under the trade-mark laws, 28 U.S.C.A. § 1338. The defendant, Phillips H. Lord, Inc., having stated on the oral argument and in its brief that it is not the owner of the registered trade-marks in question and that it is not entitled to an assignment of any such registered trade-marks, and the plaintiffs conceding that they have presently no proof to the contrary, it is apparent that the plaintiffs' claim is not founded upon the trade-mark laws.

The Court, therefore, has no jurisdiction of the subject matter herein and the action is dismissed.

Settle order on notice.